IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR  21–117–BLG–DLC |
| Plaintiff, | |
| vs. | ORDER |
| ELIZABETH ARDELLE GRACE RONSHAUGEN, | |
| Defendant. | |

United States Magistrate Judge Timothy J. Cavan entered Findings and Recommendation in this matter on March 22, 2022.  (Doc. 43.)  Neither party objected and therefore they are not entitled to *de novo* review.  28 U.S.C. § 636(b)(1); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). This Court will review the Findings and Recommendation for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).  Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed."  *United States v. Syrax*, 235 F.3d 422, 427 (9th Cir. 2000).

Judge Cavan recommends that this Court accept Defendant Elizabeth Ardelle Grace Ronshaugen's guilty plea after she appeared before him pursuant to

1

Rule 11 of the Federal Rules of Criminal Procedure and entered a guilty plea to one count of possession with intent to distribute controlled substances, in violation of 21 U.S.C. § 841(a)(1) (Count II), as set forth in the Indictment.  Reviewing for clear error, the Court finds none.

Accordingly, IT IS ORDERED that Judge Cavan's Findings and Recommendation (Doc. 43) is ADOPTED in full.

IT IS FURTHER ORDERED that Ms. Ronshaugen's motion to change plea (Doc. 25) is GRANTED and Elizabeth Ardelle Grace Ronshaugen is adjudged guilty as charged in Count II of the Indictment.

DATED this 8th day of April, 2022.


_____
Dana L. Christensen, District Judge
United States District Court

2